# William L. Dunlop
**Construction Safety and Forensic Engineering Services**
3250 Fairchild Avenue South
Minneapolis, Minnesota 55391
Phone 952-935-0235   800-298-5768 (19)   Fax 952-933-2940
Website: www.williamdunlop.com

September 4, 2007

Patrick G. Montgomery
Ferguson Frost & Dodson, LLP
2500 Acton Road, Suite 200
Birmingham, AL 35243

Re:   Patricia Anne Cotton v. Beta-Com, Inc. et al.
      Dunlop Case 2007474

Dear Mr. Montgomery,

At your request I have prepared this document to communicate my opinions in this matter. The following is a list of the case documents made available to me by your office for my review in developing my opinions. My opinions and conclusions as expressed in this report are prepared to a reasonable degree of safety engineering certainty. Each of my opinions and conclusions regarding this case are based upon my education, experience, relevant standards, and the case materials reviewed.

1. The Complaint and First Amended Complaint;
2. Responses of Cingular Wireless to Plaintiff's Requests For Production of Documents and Supplement Thereto;
3. Responses of Crown Castle South, LLC to Plaintiff's Interrogatories and Requests For Production of Documents;
4. Responses of ALT to Plaintiff's Interrogatories and Requests For Production of Documents and Supplements Thereto;
5. Responses of WesTower to Plaintiff's Interrogatories and Requests For Production of Documents;
6. Initial Disclosures of All Parties;
7. Documents Produced by Betacom Pursuant to WesTower's Subpoena;
8. Photographs of the Tower Site Taken By the Talladega Police Department.
9. Deposition of Eric Davis;
10. Deposition of Jason Cook;
11. Deposition of Jeff Silva;
12. Deposition of Josh Cook;
13. Deposition of Adam Waterman;
14. Deposition of Randy Wheeler;

15. Deposition of Matt Deadmond;
16. Deposition of Dustin Drollinger;
17. Deposition of Rob Camp;
18. Deposition of Nathan Ross,
19. The reports of Girard Turner;
20. The reports of Dr. Clark;
21. The reports of Jimmy Coleman.
22. The Deposition of Girard Turner

My brief understanding of the facts of this case is that Mr. Cotton an employee of Beta-Com, Inc. was fatally injured when an antenna fell and struck him in the head. The antenna was being lowered to the ground from the cell tower by employees of ALT, Inc. My understanding is that a polypropylene rope which was part of the rigging system failed, causing the antenna to fall. The polypropylene rope and been purchased four months before the accident and it had been inspected pursuant to OSHA Standards prior to its use. The cause of the rope failure is uncertain based on my review of the case documents.

My understanding is Mr. Cotton and other Beta Com employees had been working in a concrete covered building below the overhead work and Mr. Cotton was struck in the head upon exiting the building at lunch time. I understand that Mr. Cotton was not wearing a hard hat at the time of his accident.

There is deposition testimony that a conversation occurred between the ALT workers and the Beta-Com workers relating to the contemplated overhead work so that the Beta-Com workers were aware or reasonably should have been aware of the overhead work. Mr. Wheeler is the only individual at the site who denies the conversation occurred and/or denies knowing overhead work was to occur.

My opinions are as follows:

1. The use of polypropylene rope in the construction industry is reasonable and acceptable.

2. The rope involved in this accident was inspected prior to its use as required by the OSHA and industry standards. No defects were apparent.

3. Beta-Com employees were notified by ALT workers of the contemplated overhead work.

4. OSHA and industry practices require the immediate employer to be primarily responsible for its employee's safety; therefore, in this case Beta-Com was primarily responsible for Mr. Cotton's safety.

Attached is a copy of my curriculum vitae which outlines my experience, qualifications and credentials relating to my 29 years as a safety engineer. Please note that much of my forensic engineering career has been specifically involved with investigations related to rigging and material handling operations.

Also attached is a list of the forensic cases where I have given trial or deposition testimony in the past four years.

My hourly rate for forensic safety engineering work is $225. I have no retention or minimum fee.

I reserve the right to amend or supplement my opinions based upon review of any additional information that is made available to me.

Sincerely,

*William L. Dunlop*

William L. Dunlop, P. E.
Registered Professional Safety Engineer (CA. Saf. 401)
National Engineering Certification: National Academy of Forensic Engineers- Certified
Diplomate of Forensic Engineering by Council of Engineering Specialty Board (NAFE No. 058)

enc.:   William L. Dunlop c.v.
        List of cases involving testimony

## William L. Dunlop Trial and Deposition Appearances 2002-2006

| Client | Firm | City | Caption | Disposition |
|---|---|---|---|---|
| Scott, Stuart, E | Spangenberg Shibley & Liber | Cleveland | Anthony Laurito v. Fisher-Klosterman | Trial 6/23/2006;Depo 2/13/2006 Mpls |
| Burns, Joseph B. | Rome McGuigan Sabanosh | Hartford | Pelletier v. Sordoni/Skanska | Trial 12/2/2005; Depo 3/02/04 Mpls |
| Weyls, Brigitte C. | Williams Montgomery & John | Chicago | Busking v. Turner Construction Company | Depo 4/13/2006 Chgo |
| Kettering, Douglas R. | Kettering Law Office | Yankton | Jerry Langley v. Standard Ready Mix | Depo 3/24/2006 |
| Batastini, Armando E. | Edwards & Angell, LLP | Providence | American Reinsurance/Douthwright | Depo 5/11/2005 Mpls |
| Jensen, Scott D | Camrud Maddock Olson & Larson | Grand Forks | Jack Martin v. Cavalier County | Trial 8/31/2005Depo 8/19/2005 |
| Wolske, Christopher D. | Hinshaw & Culbertson LLP | Appleton | Johnson v. Mashuda Contractors | Depo 12/12/2005 Mpls |
| Bustamante, Fernando | Patton & Ryan LLC | Chicago | Roberta Briefman v. City of Chicago | Depo 5/06/2005 Chgo |
| Kozol, William V. | Rathbun Cservenyak & Kozol | Joliet | Kevin Dick v. Brandolino Construction | Depo 4/04/2005 Joliet, IL. |
| Lynch, Christopher J. | Halloran & Sage LLP | Hartford | Edward Caine, et al v. Tech Air | Depo 2/09/05 Hartford |
| Suby, Mark M. | Hansen Dordell Bradt | St. Paul | Joe Spelios v. Loading Dock Specialists | Trial 06/22/2004 |
| Williams, Kelly A. | McGuire Woods | Pittsburgh | Marshall Potter v. Star Building Systems | Trial 4/21/2004 Phil |
| Smith, Thomas R. | Beech Street Law Office | Casper | Heiser v. Molzahn Construction | Depo 12/21/2004 Mpls |
| Houghton, Robert D | Shuttleworth & Ingersoll | Cedar Rapids | Carlson v. Cargill | Depo 12/01/2004 DesMoines |
| Burns, Joseph B. | Rome McGuigan Sabanosh | Hartford | Pelletier v. Sordoni/Skanska | Depo 3/02/2004 Mpls |
| Bradley, James R. | Secrest Wardel Lynch | Lansing | Merriam v. Schupan & Sons, Inc. | Depo 4/26/2004 Mpls |
| Chaif, Joey | Chaif and Chaif Law Office | Oklahoma City | Victoria L. McMahon v. Jack Cooper | Depo 1/29/04 Phone |
| Koehn, William J. | Davis Brown Koehn | Des Moines | Beardsley v. O'Day, et al. | Trial 12/11/03 Iowa |
| Ramstead, John H. | Borkon Ramstead Mariani | Minneapolis | Timothy Klein v. J. R. Grantham, Inc. | Depo 8/21/03 Mpls |
| Couture, Timothy R. | Warner & Meihofer | Chicago | Dickson v. Domas Mechanical | Depo 8/6/03 Chgo |
| Kanofsky, Martin A. | Merlo Kanofsky & Brinkmeier | Chicago | Ready v. United/Goedecke | Depo 8/28/03 Chgo |
| Couture, Timothy | Warner & Meihofer | Chicago | Waldron v. Bornhorst | Depo 2/14/03 Chgo |
| Wheeler, Ronald J. | Morgan Theeler Wheeler | Huron | Backes v. Under the Sun Rental | Depo 7/23/03 Mpls |
| McNamara, Lisa Faris | McGrail Carroll &Faris | Brandford | MacDougall v. McClure | Depo 9/13/02 Providence, RI |
| Ewald, William J. | Denissen Kranzush Mahoney | Green Bay | Strong, et al v. Badgerland | Depo 12/10/02 Green Bay, WI |
| Couture, Timothy R. | Warner & Meihofer | Chicago | Pelletier v. Jones | Depo 6/26/02 Chgo |

sort by Ref Sort Descending and then Closed descending

# William L. Dunlop, Construction Safety Engineer
## Registered Professional Safety Engineer
## Construction Safety and Forensic Engineering Services

*3250 Fairchild Avenue South*
*Minneapolis, Minnesota 55391*
*Phone 952-935-0235; 800-298-5768 (19); Fax 952-933-2940*
*website: williamdunlop.com*

**Credentials**
Registered Professional Safety Engineer, P. E. California Safety #401
National Certification: NAFE Certified Diplomate of Forensic Engineering by Council of Engineering Specialty Boards
Bachelor of Science in Engineering; 1966 North Dakota State University

**Memberships**
National Society of Professional Engineers-NSPE; Professional Member
National Academy of Forensic Engineers-NAFE; Senior Member
American Society of Safety Engineers-ASSE; Professional Member

**Professional Experience**

1981-Present   *Self-employed Safety Engineer.* Providing safety engineering consultation to law firms, insurance companies, construction companies and the federal government. Approximately 75% of my work involves construction job site accidents. Typical construction cases include (in part):
- Falls from ladders, scaffolds, floor openings, open sided floors, roofs, structural steel, etc.
- Excavation or trench collapse; i.e. shoring or sloping problems
- Rigging and material handling problems
- Crane operations, including tip over and power line contact
- Heavy equipment operations
- Steel erection

Services provided include:
- Accident causation
- Application of appropriate standards and industry practices
- Determining responsibilities of various parties; i.e. owner, construction manager, general contractor, subcontractor, etc.
- Safety research

Cases other than construction are mostly falls related to premises liability; stairway geometry and guardrail/handrails

1974-1981   *Chief Safety Engineer; S. J. Groves & Sons Co., Minneapolis, MN.* Managed corporate safety program for this large construction company which, during my employment, had nine area offices across the United States with 60-80 major construction projects. Approximately 25% time was on the job inspections and consultations monitoring compliance with company safety programs. Other duties included program development and coordinating safety activities with corporate, area and job personnel.

1971-1974   *Compliance Officer and Regional Technical Specialist for Construction; US Department of Labor, Occupational Safety and Health Administration; Minneapolis, MN, area office, Region 5 office Chicago, IL.* Duties as compliance officer were primarily to inspect construction work places for compliance with OSHA rules and regulations. Duties as regional technical specialist for construction included consultation with the Department of Labor attorneys regarding contested actions. Provided expert testimony for OSHA.

1970-1971   *Field Engineer/Safety Engineer, Chicago Bridge and Iron Co.; Bay City and Ludington, Michigan.*

1967-1970   *Safety Engineer, Liberty Mutual Insurance Company; Chicago, Illinois.* Provided safety inspections and consultation for construction companies working in the Chicago area.