FILED

2008 May-19  PM 05:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT
# A

INTRODUCING

**Girard H. Turner, CSP, PE**
**1204 W. Lynches River Road**
**Lamar, South Carolina 29069-9710**

**Telephone:** *Off:(843) 326-1757   Res:(843) 326-7472*
          *Fax:(843) 326-8308*

*Registered Professional Engineer, Bachelor's degree in Industrial Engineering Technology and an Associate degree in Mechanical Engineering Technology.*

**Education:**

B.S. Industrial Engineering -
          Southern Technical Institute
          Marietta, Georgia - 1976

A.S. Mechanical Engineering -
          Southern Technical Institute
          Marietta, Georgia - 1971

Machinist -      South Carolina Trade School
          West Columbia, S.C. - 1962

Many courses provided by the U.S. Department of Labor at the OSHA Institute including Accident Investigation. Have successfully obtained more than 750 professional credits for recertification for the Society of Manufacturing Engineers. Certified Manufacturing Technologist - No.2008555. Certified Safety Professional No. 11089 by The Board of Certified Safety Professionals. Registered Professional (Safety) Engineer No.37726.

**Experience:**

1977-1991 U.S. Department of Labor - OSHA

Worked as Senior GS-12, Compliance Officer and conducted inspections, accident investigations, fatalities, catastrophes, follow-ups and complaints in all types of industries and business establishments in accordance with prescribed regulations, directives and procedures. Maintained a working knowledge and kept abreast of all changes regarding OSHA rules, regulations and standards and made adjustments to schedules, citations and settlement agreements.

Served as a participant in the legal review process and assisted Regional Attorneys in preparation of contested cases, warrant procedures and Review Commission hearings. Served warrants, subpoenas, stipulated agreements, citations and other process during normal duties. Responsible for timely schedule of service and return process.

*Worked on assignments with ATF, FBI, OIG and U.S. Attorneys for special projects.*

*Accustomed to detail reports on a timely schedule for litigation and proper sequence of actions. Have appeared for court procedure hearings as needed to settle litigated cases.*

*Responsible for the accounting of expense vouchers, time allocation and process documents. Demonstrated responsible professionalism in dealing with employees, employers, co-workers, union and legal representatives which has resulted in a reliable performance of job assignments without the conflict of news media and other political influence.*

*1975 - 1977      Student and part-time employment.*

*1971 - 1975      Austell Box Board Corporation*

*Worked as Plant Engineer and responsible for - through technicians and supervisors - the design, construction and maintenance of structures, systems and machinery. Established standards and policies for testing, operating procedures, inspection and maintenance of equipment in accordance with engineering principles and safety regulations. Coordinated surveys, new designs and maintenance schedules with operating requirements. Prepared bids and contracts and participated in negotiations. Performed a variety of engineering work in planning and overseeing utilization of production facilities and personnel. Developed and maintained quality control, cost control, inventory control, production schedules and record systems. Investigated vendors and equipment manufacturers. Recommended those most desirable. Interviewed applicants for various positions to determine their suitability for employment. Responsible for hiring and dismissal of maintenance personnel. Evaluated workers job performance. Administered wage adjustments. Responsible for two plant expansions of $1,000,000 each and a complete new facility of $12,000,000.*

*1963 - 1971      Various Manufacturing Facilities*

*Worked as journeyman tool and die maker in various job shops. Responsible for the design, layout, fabrication and development of a variety of tools, dies, jigs, fixtures and special use machinery. Responsible for the delivery of finished products on timely schedules to meet vendor production requirements.*

# THE COMMONWEALTH OF MASSACHUSETTS

## BOARD OF REGISTRATION

### OF PROFESSIONAL ENGINEERS AND OF LAND SURVEYORS

BE IT KNOWN THAT



NO. 37726   SAFETY

HAS SATISFIED THE BOARD THAT THE QUALIFICATIONS REQUIRED BY LAW HAVE BEEN FULFILLED AND IS HEREBY REGISTERED IN THE COMMONWEALTH OF MASSACHUSETTS TO PRACTICE PROFESSIONAL ENGINEERING UNDER THE TITLE OF

*Girard H. Turner*

# REGISTERED PROFESSIONAL ENGINEER

AS PROVIDED IN CHAPTER 112 OF THE GENERAL LAWS

ISSUED AND ATTESTED BY SEAL OF THE BOARD OF PROFESSIONAL ENGINEERS AND OF LAND SURVEYORS

THIS     17TH.     DAY OF     DECEMBER     1997



CHAIRMAN

SECRETARY

# The American College of Forensic Examiners

hereby awards

## Girard H. Turner, C.S.P., P.E.

with the designation of

## Fellow of the College



your achievement of receiving the Diplomate, years of continuous service to our society and your professional record and achievements has led to this honor being bestowed to you.

*Jennifer N. Kiser*
Jennifer N. Kiser, BCA

Member since
*November 1995*

Identification Number
6394

*David Ely Rosengard*
David Rosengard, M.D., Ph.D.
Chairman, Executive Board of Advisors for Professional Standards

This certificate is the property of the American College of Forensic Examiners and in the event of its suspension, revocation or invalidation for any reason, it must be returned on demand to the American College of Forensic Examiners.



# American Board of Forensic Examiners

*hereby awards*

## Girard H. Turner, C.S.P., P.E., BCFE

*with the designation*

### Diplomate

## Board Certified Forensic Examiner

Primary: Engineering
Specialty: Safety~Audits, Training, Expert Witness
with all the rights and privileges pertaining thereto,
as long as annual membership requirements are met
and The American Board of Forensic Examiners
Code of Ethics is upheld.

*Vincent Scalice*
Chairman of the Board of
Scientific and Technical Advisors

*Ronald A. Rice*
Ronald Rice
Director of Education

**1429**
Board Certified Identification Number

**1/ 29/ 96**
Date





# BOARD OF CERTIFIED SAFETY PROFESSIONALS

AFFIRMS THAT

## Girard H. Turner

HAVING MADE APPLICATION FOR AND GIVEN SATISFACTORY EVIDENCE OF QUALIFICATION AS REQUIRED IN THE BY-LAWS; IS QUALIFIED TO RECEIVE AND IS HEREBY AUTHORIZED TO USE THE DESIGNATION

## CERTIFIED SAFETY PROFESSIONAL

IN

### COMPREHENSIVE PRACTICE

SO LONG AS THIS CERTIFICATE OF QUALIFICATION IS RENEWED ANNUALLY AND NOT REVOKED

BOARD OF EXAMINERS IN WITNESS WHEREOF WE HAVE HEREUNTO SET OUR HANDS AND AFFIXED THE SEAL OF THE BOARD THIS ___1st___ DAY OF ___AUGUST___, 1992

PRESIDENT

SECRETARY

SERIAL NO.  11089

STATE OF GEORGIA
ELECTRICAL CONTRACTORS
ELECTRICAL UNRESTRICTED

LICENSE NO. EN009386
GIRARD HART TURNER
3968 BOYD ROAD
DOUGLASVILLE GA   30134

EXP DATE - 06/30/2002

---



PROFESSIONALS
208 Burlington Avenue • Savoy, IL 61874
Phone: 217/359-9263 • Fax: 217/359-0055
E-Mail: bcsp@bcsp.org • Internet: www.bcsp.org
Having met all applicable requirements defined by its bylaws, the Board of
Certified Safety Professionals hereby authorizes the use of the designation

Certified Safety Professional
by
*Girard H Turner*

Until: December 31, 2001



David A. Herbst
Secretary-Treasurer

Cert No: 11089
COC Date: 1/1/2003

---

STATE OF GEORGIA
CATHY COX, SECRETARY OF STATE
MASTER AND JOURNEYMAN PLUMBERS
MASTER PLUMBER UNRESTRICTED

LICENSE NO. M 007028
GIRARD HART TURNER
3968 BOYD ROAD
DOUGLASVILLE GA   30134

MEDICAL GAS PIPING

EXP DATE - 11/30/2002

---

TEXAS WORKERS'
COMPENSATION COMMISSION
APPROVED PROFESSIONAL SOURCE
Update Seminar

GIRARD H TURNER

CEU .2
TWCC # 1380
March 14, 2001

---

CERTIFIED
MANUFACTURING
TECHNOLOGIST
The Mark for Manufacturing
*Excellence*

Girard H Turner, CMfgT
Certification #2008555
Expires: LIFE

Society of Manufacturing Engineers   SME

---

2001 - 2002
Expires June 30, 2002
S.C. Residential Builders Commission
Specialty Contractor

GIRARD H TURNER
1204 W LYNCHESES RIVER RD
LAMAR SC 29609

Reg # S032161
Eff Date 07/21/2001

Classification
01 02 19

---

COMMONWEALTH OF MASSACHUSETTS
DIVISION OF REGISTRATION
IN ENGINEERING
REG/PROF SAFETY ENGINEER
ISSUES THIS LICENSE TO

GIRARD H TURNER

3968 BOYD ROAD

DOUGLASVILLE    GA 30134-4221

37726    06/30/02    099659

LICENSE NO.    EXPIRATION DATE    SERIAL NO.

Signature

Fold, Then Detach Along All Perforations

---

STATE OF GEORGIA
CATHY COX, SECRETARY OF STATE
UTILITY CONTRACTORS
UTILITY MANAGER

CERTIFICATE UM000622
GIRARD HART TURNER
3968 BOYD RD
DOUGLASVILLE GA   30134-4221

EXP DATE - 04/30/2003

---



AMERICAN SOCIETY
OF SAFETY ENGINEERS
1800 East Oakton Street • Des Plaines, IL 60018-2187
847-699-2929 • FAX 847-296-3769

Girard H Turner
Professional Member
CHP: Georgia

Number:    125439

Election Date 7/01/89

Valid To:
6/30/02

Fred Stafranski
Executive Director &
Secretary

# Texas Workers' Compensation Commission

be it known that

## GIRARD TURNER

Has met the requirements established by the Commission
and has been approved as a

# PROFESSIONAL SAFETY SOURCE

Date: SEPTEMBER 13, 1995      TWCC No. 1380

.6 Continuing Education Units

James M. Brightman
Director
Workers' Health & Safety

Angelo L. Anzivino, CSP
Assistant Director
Workers' Health & Safety

# United States Department of Labor

## Occupational Safety and Health Administration



This is to certify that

GIRARD H. TURNER

has diligently and with merit completed training in

ACCIDENT INVESTIGATION

Washington, D.C.    JUNE 16, 19 78

*Eula Bingham*

# United States Department of Labor

## Occupational Safety and Health Administration



*This is to certify that*

GIRARD TURNER

*has diligently and with merit completed training in*

EXCAVATION, TRENCHING, AND SOIL MECHANICS

Washington, D.C. OCTOBER 28, 19 83

Assistant Secretary of Labor

# United States Department of Labor

## Occupational Safety and Health Administration

*This is to certify that*

GIRARD H. TURNER

*has diligently and with merit completed training in*

ELECTRICAL STANDARDS FOR CSHO'S

*Washington, D.C.* NOVEMBER 2, 1979

*Eula Bingham*

*Assistant Secretary of Labor*

# United States Department of Labor

## Occupational Safety and Health Administration



*This is to certify that*

GIRARD H. TURNER

*has diligently and with merit completed training in*

PRINCIPLES OF ERGONOMICS

Washington, D.C. _NOVEMBER 8,_ 19 _85_

*Deputy Assistant Secretary of Labor*

# United States Department of Labor

## Occupational Safety and Health Administration



*This is to certify that*

GIRARD TURNER

*has diligently and with merit completed training in*

MACHINERY & MACHINE GUARDING

Washington, D.C. _____  APRIL 18, 19 79

*Eula Bingham*

# United States Department of Labor

## Occupational Safety and Health Administration



*This is to certify that*

GIRARD H. TURNER

*has diligently and with merit completed training in*

POWER PRESS GUARDING

Washington, D.C. _____ JANUARY 7, 19 83 _____

*Assistant Secretary of Labor*

# United States Department of Labor

## Occupational Safety and Health Administration



*This is to certify that*

G I R A R D   H.   T U R N E R

*has diligently and with merit completed training in*

#308, Principles of Scaffolding

Washington, D.C.   4/28 - 5/1   19 87

*John C. Buckingham*

*Assistant Secretary of Labor*

# United States Department of Labor

## Occupational Safety and Health Administration



This is to certify that

**GIRARD TURNER**

has diligently and with merit completed training in

OSHA CONSTRUCTION SAFETY STANDARDS

Washington, D.C. November 16, 19 84

Robert A. Rowland

Assistant Secretary of Labor

# United States Department of Labor



## Occupational Safety and Health Administration

*This is to certify that*

GIRARD H. TURNER

*has diligently and with merit completed training in*

HAZARDOUS MATERIALS & COMPRESSED GASES

Washington, D.C. ___ APRIL 14, 1978 ___

*Eula Bingham*

# United States Department of Labor

## Occupational Safety and Health Administration

*This is to certify that*

GIRARD TURNER

*has diligently and with merit completed training in*

PROCESS SAFETY AND HEALTH IN THE CHEMICAL INDUSTRY

*Washington, D.C.* JANUARY 16, 19 87

*Assistant Secretary of Labor*

# United States Department of Labor

## Occupational Safety and Health Administration

*This is to certify that*

GIRARD TURNER

*has diligently and with merit completed training in*

CRANES & MATERIAL HANDLING & STORAGE FOR CSHO'S

Washington, D.C. ___ OCTOBER 3, 19 79.

*Eula Bingham*

*Assistant Secretary of Labor*



# Certificate of Completion

presented by

## Crane Inspection & Certification Bureau

A Division of Bailey Smith Training Company, Inc.

to

### GIRARD H. TURNER

who has satisfactorily demonstrated a high level of comprehension regarding the practical and technical information presented during the safety training course for

### Mobile Cranes & Rigging Considerations

JANUARY 25, 1985
DATE

TRAINING MANAGER

"Accredited By: The U.S. Department of Labor Under 29 CFR Part 1910."
An Institutional Member of the Council on the Continuing Education Unit

# United States Department of Labor

## Occupational Safety and Health Administration



*This is to certify that*

GIRARD TURNER

*has diligently and with merit completed training in*

CONSTRUCTION STANDARDS FOR CSHO'S

Washington, D.C. _____

MAY 25, 19 79

Eula Bingham



Certificate of Completion

presented to

# Crane Inspection & Certification Bureau

### A Division of S G S Control Services Inc.

GIRARD H. TURNER

who has satisfactorily demonstrated a high level of comprehension regarding the practical and technical information presented during the safety training course for

## Overhead Cranes and Production Rigging

MARCH 11, 1983
DATE

TRAINING MANAGER

"licensed By The U.S. Department of Labor Under 29 C.F.R. Part 919"
"A Institutional Member of the Council on the Continuing Education Unit"



# Certificate of Achievement

This certifies that

**G I R A R D   H .   T U R N E R**

has successfully completed, Du Pont's course

## Blasting & Explosives Safety

2.0 Continuing Education Units

Manager of Seminars

Professional Training Seminars

**MARCH 14 – 16, 1979**

(date)

Applied Technology Division

# United States Department of Labor

## Occupational Safety and Health Administration

*This is to certify that*

**GIRARD H. TURNER**

*has diligently and with merit completed training in*

INTRODUCTION TO INDUSTRIAL HYGIENE FOR SAFETY OFFICERS

Washington, D.C. ___ AUGUST 7, 19 81

*Assistant Secretary of Labor*

# United States Department of Labor

## Occupational Safety and Health Administration



*This is to certify that on 10/09/1992*

**Girard H. Turner**

*has diligently and with merit completed training in*

BASIC INSTR. CRS IN OSH STANDARDS FOR CONSTRUCTION

CEU'S Awarded: 2.5

*Washington, D. C.*

Acting Assistant Secretary of Labor

# United States Department of Labor

## Occupational Safety and Health Administration



This is to certify that on   11/20/1992

### Girard H. Turner

has diligently and with merit completed training in

## A GUIDE TO VOLUNTARY COMPLIANCE IN SAFETY & HEALTH

CEU'S Awarded: 2.5
CH'S Awarded: 30.0

Washington, D. C.

*Acting Assistant Secretary of Labor*

# Special Achievement Award

GIRARD H. TURNER

In recognition of outstanding performance of your duties and in appreciation of your valuable contribution to the improvement and efficiency of the

## UNITED STATES DEPARTMENT OF LABOR

August 1980

R. A. WENDELL, Regional Administrator, OSHA

# Special Achievement Award

*In recognition of outstanding performance of your duties and in appreciation of your valuable contribution to the improvement and efficiency of the*

## UNITED STATES DEPARTMENT OF LABOR

GIRARD H. TURNER

SEPTEMBER, 1982

WILLIAM W. GORDON
Regional Administrator, OSHA

# Special Achievement Award

In recognition of outstanding performance of your duties and in appreciation of your valuable contribution to the improvement and efficiency of the

## UNITED STATES DEPARTMENT OF LABOR

GIRARD H. TURNER

JUNE 1984
Date

ALAN C. McMILLAN
Regional Administrator